**Robert R. HAGAN, Petitioner,**

v.

**COOPER/T. SMITH STEVEDORING COMPANY; I.T.O. Corporation; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 02–1593.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 27, 2002.

Decided Oct. 22, 2002.

Michael C. Eisenstein, Baltimore, Maryland, for Petitioner. Christopher J. Field, Field, Womack & Kawczynski, L.L.C., South Amboy, New Jersey; Thomas C. Valkenet, Young & Valkenet, L.L.C., Baltimore, Maryland, for Respondents.

Before WILLIAMS D. WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Hagan seeks review of the Benefits Review Board's decision and order affirming the Administrative Law Judge's award and computation of benefits pursuant to the Longshore and Harbor Workers Compensation Act, 30 U.S.C.A. §§ 901–945 (West 2001 & Supp.2002). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Hagan v. Smith*, BRB No. 01–586 (B.R.B. Apr. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*